ALBANY,
Jan. 1813.

VANDUZOR
v
LINDERMAN.

## CUDNER against DIXON.

In an action before a justice, if the defendant makes default, on the return of the summons personally served, the justice cannot give judgment for the plaintiff, without proof of his demand; but it must be proved in the same manner as if the defendant appeared and denied it.

IN ERROR, on *certiorari*, from a justice's court. *Dixon* sued *Cudner*, before the justice, for work and labour, &c. The plaintiff appeared on the return of the summons, but the defendant being called, made default. The plaintiff exhibited his account to the justice, who, on the default of the defendant, gave judgment for the plaintiff, without any proof of the plaintiff's demand.

*Per Curiam.* It has been frequently decided, that though the defendant makes default before a justice's court, yet the plaintiff must prove his demand in the same manner as if he had appeared and denied it. The act says, that if the defendant does not appear, and the summons is returned, personally served, or if he does appear, &c. the justice shall proceed to hear and examine the proofs and allegations, &c.

Judgment reversed.

---

## VANDUZOR against LINDERMAN.

No action lies merely for bringing a suit, without sufficient ground. To sustain a suit for a former prosecution, it must be without cause, and *malicious.* Such a suit is not cognisable before a justice.

IN ERROR, on *certiorari*, from a justice's court. *Linderman* sued *Vanduzor*, before the justice, and declared against him for the loss of the service of his son, whilst defending a certain suit, brought against him by *Vanduzor;* and for money paid by *Linderman*, in behalf of his son, in and about defending the same suit, &c.

There was a trial by jury, and a verdict for the plaintiff, for three dollars, on which the justice gave judgment.

*Per Curiam.* No action lies merely for bringing a suit against a person without sufficient ground. (*Savil* v. *Roberts*, 1 *Salk.* 13. *Purton* v. *Honnor*, 1 *Bos. & Pull.* 205.) To sustain a suit for a former prosecution, it must appear to have been without cause, and *malicious:* and an action for *malicious* prosecution is not cognisable before a justice.

Judgment reversed.